UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEJANDRO RODRIGUEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>SSA COMMISSIONER,<br><br>      Defendant. | Case No.  5:26-cv-04409 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Beth Labson Freeman for consideration of whether the case is related to 5:24-cv-07491 BLF, *Alejandro Rodriguez. v. Acting Commissioner of Social Security.*

Dated: May 13, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California

Case No. 26-cv-04409 NC
SUA SPONTE JUDICIAL REFERRAL